# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN SALVANTO** and **ANTONIA SALVANTO,**
Appellants,

v.

**FIFTH THIRD MORTGAGE COMPANY;** Unknown Spouse of John Salvanto; Unknown Spouse of Antonia Salvanto, If Living, Including Any Unknown Spouse of Said Defendant(s), If Remarried, and If Deceased, The Respective Unknown Heirs, Devisees, Grantees, Assignees, Creditors, Lienors, and Trustees, and All Other Persons Claiming By, Through, Under or Against The Named Defendant(s); **FIFTH THIRD BANK** d/b/a **FIFTH THIRD BANK (SOUTH FLORIDA); CANYON LAKES HOMEOWNERS ASSOCIATION, INC.;** Whether Dissolved or Presently Existing, Together With Any Grantees, Assignees, Creditors, Lienors, or Trustees of Said Defendant(s), and All Other Persons Claiming By, Through, Under, or Against Defendant(s); Unknown Tenant #1; and Unknown Tenant #2,
Appellees.

No. 4D13-4400

[ July 6, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack Schramm Cox, Judge; L.T. Case No. 502009CA028037XXXXMB.

Thomas Erskine Ice of Ice Appellate, Royal Palm Beach, for appellants.

William L. Grimsley and N. Mark New, II of McGlinchey Stafford, Jacksonville, for appellee Fifth Third Mortgage Company.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH, A., Associate Judge, concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*